## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States v. Reyes                    Docket No.: 24-286

Lead Counsel of Record (name/firm) or Pro se Party (name): Jean-Claude Mazzola, of Mazzola Lindstrom LLP

Appearance for (party/designation): appellants Catherine Reyes and Juan Reyes

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on July 19, 2019 _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
                OR
Signature of pro se litigant: /s/ Jean-Claude Mazzola
Type or Print Name: Mazzola Lindstrom LLP
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.