# MAZZOLA LINDSTROM LLP

Jean-Claude Mazzola
Jeanclaude@Mazzolalindstrom.com
646-250-6666

April 2, 2024

**Via ECF**

United States Court of Appeals
for the Second Circuit
500 Pearl Street
New York, New York

    **Re: United States v. Reyes**
       **Case No. 24-286**
       **Scheduling Notification**

Dear Sirs & Mesdames:

  Appellants Juan Reyes and Catherine Reyes respectfully request that the court set a filing date of Monday, June 17, 2024 for the opening brief and the joint appendix.

              Very truly yours,

              Jean-Claude Mazzola

cc: Via ECF